In the Matter of the Claim of MELBOURN HALEY, Respondent, against THE BOSTON AND ALBANY RAILROAD, Appellant.

STATE INDUSTRIAL COMMISSION, Respondent.

*Haley* v. *Boston & Albany Railroad,* 186 App. Div. 926, affirmed.
(Argued January 6, 1919; decided January 21, 1919.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 25, 1918, *unanimously* affirming an award of the state industrial commission made under the Workmen's Compensation Law. Claimant was employed by the defendant railroad as operator of a coal pocket at Rensselaer. While engaged in his duties one of his fingers was caught in the machinery and crushed. The coal pocket, at the time of claimant's injury, was in regular use by the railroad for the purpose of supplying coal to its locomotives, used in the transportation of freight and passengers from the cities of Albany and Rensselaer, N. Y., to various points in Massachusetts. Defendant contended that the Federal

Employers' Liability Act alone measured the rights and liabilities of the parties.

*Robert E. Whalen* for appellant.

*Charles D. Newton,* Attorney-General (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ.